UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRROI LAMONT,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | No.  2:14-cv-0783 WBS GGH P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order of May 27, 2014, petitioner was informed of the deficiencies in his petition and granted thirty days in which to file an amended petition. (Dkt. no. 6.)  The thirty day period has now expired, and petitioner has not filed an amended petition or otherwise responded to the court's order.

For the reasons stated in this court's May 27, 2014 order, IT IS RECOMMENDED that:

1. This action be dismissed; and

2. A certificate of appealability should not issue.[1]

/////

---

[1] A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  For the reasons set forth in this court's May 27, 2014 order, petitioner has not made a substantial showing of the denial of a constitutional right.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 17, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Lamo783.Dis